<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION,**<br><br>*Plaintiff*,<br><br>v.<br><br>**AUTOMATED DIGITAL CONSULTANTS, INC.,**<br><br>*Defendant.* | **Civil Action No. 15-1682**<br><br>**ORDER** |

**ARLEO,** U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>

This matter comes before the Court on Plaintiff General Electric Capital Corporation's ("Plaintiff") motion for final judgment by default against Defendant Automated Digital Consultants, Inc. ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b);

and for the reasons set forth in the accompanying opinion;

IT IS on this 25th day of February, 2016,

**ORDERED** that Plaintiff's motion is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff is directed to refile the motion by March 17, 2016 with sufficient proof of damages.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO
United States District Judge**