**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES DISTRICT JUDGE** | **MARTIN LUTHER KING**<br>**COURTHOUSE**<br>**50 WALNUT ST. ROOM 2060**<br>**NEWARK, NJ 07101**<br>**917-297-4903** |

November 16, 2016

VIA ECF

**LETTER ORDER**

Re:   General Electric Capital Corporation v. Automated Digital Consultants, Inc.
      Civil Action No. 15-1682

Dear Litigants:

The Court is in receipt of Plaintiff General Electric Capital Corporation's ("Plaintiff") motion for final judgment by default against Defendant Automated Digital Consultants, Inc. ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b).

On November 2, 2016, Plaintiff filed its third motion for default judgment, in an attempt to cure deficiencies in its proof of damages. Dkt. No. 19. However, the Certification of James K. Haney, see Dkt. No. 19-2, now features two different calculations of damages, without any explanation for the differences in figures. Accordingly, Plaintiff's motion is hereby **DENIED**, without prejudice to Plaintiff's right to resubmit its motion with the appropriate supporting evidence.

                       **SO ORDERED.**

                       */s Madeline Cox Arleo*
                       **MADELINE COX ARLEO**
                       **UNITED STATES DISTRICT JUDGE**