UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION,**<br><br>*Plaintiff*,<br><br>v.<br><br>**AUTOMATED DIGITAL CONSULTANTS, INC.,**<br><br>*Defendant.* | **Civil Action No. 15-1682**<br><br>**ORDER** |

**ARLEO, UNITED STATES DISTRICT JUDGE**

**THIS MATTER** having come before the Court by way of Plaintiff General Electric Capital Corporation's ("Plaintiff") motion for final judgment by default against Defendant Automated Digital Consultants, Inc. ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b), Dkt. No. 21;

and it appearing that on December 14, 2016, the Court held oral argument on the motion;

and for the reasons set forth on the record on that date;

**IT IS** on this 14th day of December, 2016,

**ORDERED** that the Court's February 25, 2016 Order and Opinion is **VACATED**; and it is further

**ORDERED** that Plaintiff's motion for default judgment, Dkt. No. 21, is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff shall file a renewed motion for default judgment **by January 31, 2017**, which should set forth in detail the basis for liability against Defendant and provide support for each type of damages sought.

1

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**